UNITED STATES DISTRIT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ )
                                                             )
IN RE:                                                       )
                                                             )
FOSAMAX PRODUCTS LIABILITY LITIGATION                        )
                                                             )
*This Document Relates to:*                                  )     MASTER FILE
                                                             )
         *Fred Moorman v. Merck & Co., Inc*                  )     1:06-MD-1789 (JFK)
         *Case No. OHS 1:07CV576*                            )
                                                             )
------------------------------------------------------------ )

### [PROPOSED] ORDER ADMITTING COUNSEL PRO HAC VICE

Pursuant to Motion of Counsel, Alissa J. Magenheim, of O'Connor Acciani & Levy, and Case Management Orders Nos. 1 and 5 of the MDL re: Fosamax Products Liability Litigation, Docket No. 1:06-MD-1789, and Local Rule 1.3, this court now issues this Order Admitting Counsel, Alissa J. Magenheim, Pro Hac Vice in the above referenced matter.

Good Cause being shown, It is here Ordred.

January 2, 2008                    _____
                                   JOHN F. KEENAN
                                   UNITED STATED DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF
## GOOD STANDING

I, James Bonini, Clerk of this Court, certify that

**ALISSA JACQUELINE MAGENHEIM, BAR #0077563**

was duly admitted to practice in this Court on

February 3, 2006

and is in good standing as a member of the Bar of this Court.

Dated at Cincinnati, Ohio on November 26, 2007.

                                               _James Bonini_
                                               **JAMES BONINI, CLERK**

By: _Mary C. Rogers_
Mary C. Rogers, Deputy Clerk